UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ARTEM BORCHAKOVSKI,                    *Docket No.:*

                       Plaintiff,          *Defendants Demand a Jury Trial*

       - against –              **PETITION FOR REMOVAL**

BEATRIZ I. RUIZ, and VICTORY PACKAGING, L.P.,

                      Defendants.
-----------------------------------------------------------------------X

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

       Petitioner VICTORY PACKAGING, L.P., respectfully alleges and shows this Court as follows:

       1. Upon information and belief, plaintiff commenced an action in Supreme Court of the State of New York, County of Kings, entitled *Artem Borchakovski v. Beatriz I. Ruiz and Victory Packaging, L.P.,* by serving VICTORY PACKAGING, L.P. with the Summons and Amended Complaint dated October 12, 2019 on or about October 15, 2019.  VICTORY PACKAGING, L.P. received the Summons and Amended Complaint dated October 12, 2019 on or about October 15, 2019.  *Annexed hereto as **Exhibit "A"***, is a copy of the Summons and Amended Complaint.

       2. The above-captioned action is one of which this Court has original jurisdiction under the provisions to Title 28 United States Code 1332 and Title 28, United States Code 1441, in that diversity of citizenship exists.  The plaintiff is a resident of the State of New York.  The defendant BEATRIZ I. RUIZ is a resident of the State of New Jersey.  The defendant VICTORY PACKAGING, L.P. is a Texas Limited Partnership.  VICTORY PACKAGING, L.P.'s general partner, holding 1% of the ownership interest is WestRock Charleston Kraft, LLC. which is

wholly owned by WestRock Craft Paper, LLC. VICTORY PACKAGING, L.P.'s limited partner, holding 99% of the ownership interests is WestRock Craft Paper, LLC which is wholly owned by WestRock Paper and Packaging, LLC. which is wholly owned by WestRock Company, which is a Delaware corporation with an Atlanta, Georgia principal place of business.

3. The defendant BEATRIZ I. RUIZ, has not yet been served with the Summons and Amended Complaint filed by plaintiff ARTEM BORCHAKOVSKI. BEATRIZ I. RUIZ has no objection to the removal of this matter to the United States District Court for the Eastern District of New York.

4. Upon information and belief, the amount claimed by plaintiff in this lawsuit exceeds the jurisdictional limit of this Court.

**WHEREBY,** petitioner prays that the above action now pending against it in the Supreme Court of the State of New York, Kings County can be removed to the United States District Court for the Eastern District of New York.

Dated: Garden City, New York
November 4, 2019

Yours, etc.

*QUIRK AND BAKALOR, P.C.*

By:_____
 ***DEBRA E. SEIDMAN***
*Attorneys for Defendants*
Office and P.O. Address
1205 Franklin Avenue – Suite 110
Garden City, New York 11530
(212) 319-1000
dseidman@quirkbakalor.com

TO: GARRY POGIL, ESQ.
*Attorneys for Plaintiff*
112 West 34th Street – 18th Floor
New York, New York 10120
(917) 593-1466
garry.pogil@gmail.com

# *EXHIBIT "A"*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------x
ARTEM BORCHAKOVSCI

                              Plaintiff/Petitioner,

       - against -                      Index No. 521571/2019
BEATRIZ I. RUIZ,
VICTORY PACKAGING L.P.
                           Defendant/Respondent.
-----------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
(Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

  If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

  **To register for e-filing or for more information about how e-filing works:**

  - visit: www.nycourts.gov/efile-unrepresented or
  - contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 10/12/19

GARRY POGIL, SSQ
Name

LAW OFFICES OF GARRY POGIL
Firm Name

112 WEST 34 ST, 18 FL - NY, N 10/12
Address

917-593-1466
Phone

garry.pogi@gmail.com
E-Mail

To: Victory Processing L.P.

6/6/18

Index #          Page 2 of 2          EFM-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS:

---

ARTEM BORCHAKOVSKI,

          Plaintiff,

— against —

BEATRIZ I. RUIZ, and
VICTORY PACKAGING, L.P.

          Defendants.

---

Index No. 521571/2019

Plaintiff designates KINGS County as the place of trial

Pursuant to "CPLR" §503(a), the basis of venue is Plaintiff's address:

**SUMMONS**

          Plaintiff's Address
          535 Carlton Avenue,
          Brooklyn, NY 11214

To the above named Defendant — VICTORY PACKAGING, L.P.:

  *You are hereby summoned* to answer the amended complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance on the Plaintiff's Attorney within twenty (20) days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

               THIS IS AN E-FILE CASE

               ENTER YOUR APPEARANCE AT:

            HTTPS://IAPPS.COURTS.STATE.NY.US.NYSCEF

Dated: New York, New York
   October 12, 2019

By: Garry Pogil, Esq

  112 West 34 Street, 18 Floor, New York, NY 10120

  Tel: 917-593-1466

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS:

---

ARTEM BORCHAKOVSKI,

                            Plaintiff.

— against —

BEATRIZ I. RUIZ, and
VICTORY PACKAGING, L.P.

                            Defendants.

Index No. 521571/2019

**AMENDED COMPLAINT**

---

The Plaintiff, Artem Borchakovski (hereinafter "Plaintiff"), by his attorney, Garry Pogil, Esq., complaining of the Defendants, Beatriz I. Ruiz (hereinafter "Ms. Ruiz"), and Victory Packaging, L.P. (hereinafter "Victory Packaging"), alleges as follows.

### FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1. At all times hereinafter mentioned, Seeley Street and the intersecting Prospect Park Southwest, was and is a public thoroughfare in the State of New York, County of Kings.

2. On September 27, 2019, Plaintiff was lawfully a motorcycle driver in the aforementioned vicinity.

3. On September 27, 2019, Ms. Ruiz was the driver of a truck owned by Penske Leasing and Rental Company (hereinafter "Penske").

4. Victory Packaging entered into an agreement with Penske to rent the truck, which was driven by Ms. Ruiz on behalf of and in furtherance of the business of Victory Packaging on September 27, 2019 when the Plaintiff was struck by Ms. Ruiz.

5. Upon information and belief, Victory Packaging did not report the subject incident to Penske, and Ms. Ruiz did not report the subject incident to Penske.

6. Due to the Defendants's recklessness, carelessness and negligence, on September 27, 2019, Plaintiff was caused to suffer severe personal injuries, and mental anguish, when he was struck by the vehicle operated by Ms. Ruiz. The full nature of the Plaintiff's injuries is not yet known; however, such injuries included an open leg fracture, tendon damage and lacerations.

7. The amounts sought herein exceed the jurisdiction of all the lower courts.

## FIRST CAUSE OF ACTION - NEGLIGENCE AGAINST ALL DEFENDANTS

8. Plaintiff repeats and incorporates paragraph 1 to 7 above.

9. Upon information and belief, the source of such information being the Police Accident Report and Plaintiff, at all times hereinafter mentioned, Ms. Ruiz was reckless, careless and negligent in operating the subject vehicle, in that Ms. Ruiz, without looking, and without yielding to Plaintiff, attempted to make a left turn while Plaintiff was lawfully driving straight.

10. Upon information and belief, the source of such information being Plaintiff, at all times hereinafter mentioned, Ms. Ruiz was reckless, careless and negligent, in that Ms. Ruiz failed to see what should be seen, failed to make proper and timely use of brakes, horns and other

devices, in striking Plaintiff's motorcycle, all in violation of the applicable laws, rules and regulations.

11. Plaintiff sustained serious injuries, the full extent of such is not fully known, without any negligence on the part of the Plaintiff.

12. By reason of the foregoing, Plaintiff is entitled to recover all of his damages from Defendants.

### SECOND CAUSE OF ACTION — RESPONDEAT SUPERIOR

13. Plaintiff repeats and incorporates paragraphs 1 to 12 above.

14. On the date of the subject incident, September 27, 2019, Ms. Ruiz operated the subject truck while being an employee/agent/servant of Victory Packaging and in furtherance of business interests of Victory Packaging.

WHEREFORE, Plaintiff demands judgment against Defendants, to recover all damages, all together with the costs and disbursements of this action.

Dated: New York, New York

by:                                                                              October 11, 2019

Garry Pogil (Attorney for Plaintiff)
112 West 34 Street
18 Floor
New York, NY 10120
Tel: 917-593-1466
Email: garry.pogil@gmail.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**                     **DOCKET NO.:**

ARTEM BORCHAKOVSKI,

                           Plaintiff

- against -

BEATRIZ I. RUIZ and VICTORY PACKAGING, L.P.,

                           Defendants.

---

*PETITION FOR REMOVAL*

---

**QUIRK AND BAKALOR, P.C.**
*Attorney(s) for:* **Defendants**
*Office and Post Office Address, Telephone*
1205 Franklin Avenue – Suite 110
Garden City, New York 11530
(212) 319-1000

---

To                                                                Signature (Rule 130-1.1-a)

                                                    _____
                                                    Print name beneath

                                                    Service of a copy of the within is hereby admitted.

                                                    Dated: _____

Attorney(s) for

---

PLEASE TAKE NOTICE:

☐ <u>NOTICE OF ENTRY</u>
that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐<u>NOTICE OF SETTLEMENT</u>
that an order                                                                                              of which the within is a true copy
will be presented for settlement to the HON.                                                    one of the judges of the
within named Court, at
on                                              at                           M.

Dated,
                    Yours, etc.
                  **QUIRK AND BAKALOR, P.C.**