Case 1:19-cv-06203-CLP     Document 15     Filed 03/15/21     Page 1 of 2 PageID #: 71

Clerk's Office
Filed Date:

03/15/2021

U.S. DISTRICT
COURT
EASTERN
DISTRICT OF
NEW YORK
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARTEM BORCHAKOVSKI,

                              Plaintiff,

— against —

BEATRIZ I. RUIZ,
VICTORY PACKAGING, L.P.

                             Defendants.

Civil Action No. 1:19-cv-06203

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued, against the Defendants: BEATRIZ I. RUIZ and VICTORY PACKAGING, L.P., with prejudice and without costs to either party; and

IT IS FURTHER STIPULATED AND AGREED that a fully executed photocopy or facsimile of this Stipulation shall be deemed to have the full force and effect as would the original and filed without further notice with the Clerk of the Court.

Dated: 02/11/2021

_[signature]_

Law Office of Garry Pogil
By: Garry Pogil (Attorney for the Plaintiff)
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Tel: 212-626-6825

Dated: 02/12/2021

_[signature]_

Quirk & Bakalor, P.C.
By: Debra Seidman (Attorney for Defendants)
1205 Franklin Avenue, Suite 110
Garden City, NY 11530
Tel: 212-319-1000

So Ordered

_Cheryl L. Pollak_  USMJ 3/15/2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK   DOCKET NO.:19-CV-06203 (LDH) (CLP)**

ARTEM BORCHAKOVSKI,

                            Plaintiff

- against -

BEATRIZ I. RUIZ and VICTORY PACKAGING, L.P.,

                        Defendants.

**STIPULATION OF DISCONTINUANCE**

**QUIRK AND BAKALOR, P.C.**
*Attorney(s) for:* **Defendants**
*Office and Post Office Address, Telephone*
1205 Franklin Avenue – Suite 110
Garden City, New York 11530
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

PLEASE TAKE NOTICE:

  NOTICE OF ENTRY
that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

  NOTICE OF SETTLEMENT
that an order                                                          of which the within is a true copy
will be presented for settlement to the HON.                one of the judges of the
within named Court, at
on                    at              M.

Dated,
                    Yours, etc.
                **QUIRK AND BAKALOR, P.C.**